JONZ NORINE, SBN 182220
KENNY & NORINE
1923 Court Street
Redding, CA 96001
Tel: (530) 244-7777  Fax: (530) 246-2836
Email:  jnorine@lawnorcal.com

Attorney for Defendants
COUNTY OF TEHAMA,
SHERIFF DAVE HENCRATT,
ASSISTANT SHERIFF PHIL JOHNSTON, and
SHERIFF DEPUTY LESTER "BUCK" SQUIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRANCISCO CARDENAS, et al.

       Plaintiffs,

    vs.

COUNTY OF TEHAMA, et al.

       Defendants.

CASE NO. 2:18-CV-03021-TLN-DMC

STIPULATION AND ORDER TO EXTEND
TIME FOR DEFENDANTS
TO FILE A RESPONSIVE PLEADING

STIPULATION

The parties, through their respective counsel of record, hereby stipulate to the following schedule regarding defendants County of Tehama, Tehama County Sheriff Dave Hencratt, Assistant Sheriff Phil Johnston, and Sheriff Deputy Lester "Buck" Squier (collectively defendants') response to plaintiffs' First Amended Complaint.

WHEREAS plaintiffs filed their Complaint in this matter on November 20, 2018 alleging federal and state constitutional violations and related state claims (Dkt. #1); and

WHEREAS in response to the Complaint, defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. #9); and

WHEREAS on August 4, 2020 the Court issued an Order granting in part and denying in part defendants' Motion, with leave to plaintiffs to amend (Dkt. #18); and

1

1    WHEREAS plaintiffs filed a First Amended Complaint ("FAC") on September 3, 2020 (Dkt.

2    #19); and

3    WHEREAS, pursuant to the Court's Order, defendants' responsive pleading is due to be filed

4    on September 24, 2020; and

5    WHEREAS additional time is needed to meet and confer and for defendants to respond to

6    plaintiffs' FAC, such response anticipated to be in the form of a motion to dismiss; and

7    WHEREAS plaintiffs do not oppose a limited extension for defendants to respond to

8    plaintiffs' FAC subject to the following terms and schedule:

9    Defense counsel shall meet and confer with plaintiffs' counsel and identify any alleged

10   pleading defects in plaintiffs' FAC by October 5, 2020;

11   Plaintiffs shall inform defendants by October 9, 2020 whether plaintiffs intend to file a second

12   amended complaint ("SAC");

13   If plaintiffs elect to file a SAC, they may do so without further leave of Court and must do so

14   on or before October 22, 2020;

15   If plaintiffs inform defendants by October 9, 2020 that plaintiffs do not intend to file a SAC,

16   defendants must respond to plaintiffs' FAC on or before October 22, 2020;

17   Plaintiffs shall have until 28 days from the date defendants file any motion in response to

18   plaintiffs' FAC or SAC, or 14 days preceding the noticed (or continued) hearing date, to file an

19   opposition to defendants' motion, whichever is later, and defendants shall have until 14 days from the

20   date plaintiffs file such opposition, or 7 days preceding the hearing date, whichever is later, to file

21   any reply in response thereto; and

22   Nothing in this stipulation should be construed to prejudice plaintiffs' rights and opportunity

23   to further amend their pleading, subject to applicable law and the Court's further orders.

24   IT IS SO STIPULATED.

25   Dated:  September 24, 2020

26                                                    _____*/s/ Ben Rosenfeld*_____
                                                     BEN ROSENFELD
27                                                   Attorney for Plaintiffs
                                                     FRANCISCO GUDINO CARDENAS and
28                                                   MARTA GUDINO LANDAVERDE

KENNY
& NORINE

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING

1

2   Dated:  September 24, 2020                    KENNY & NORINE

3                                                     _____*/s/ Jonz Norine*_____

4                                                     JONZ NORINE

5                                                     Attorneys for Defendants
                                                     COUNTY OF TEHAMA,
6                                                     SHERIFF DAVE HENCRATT,
                                                     ASSISTANT SHERIFF PHIL JOHNSTON and
7                                                     SHERIFF DEPUTY LESTER "BUCK" SQUIER

8

9                                          ORDER

10          Pursuant to the Stipulation of the parties recited above, and good cause appearing therefore,

11   the above stipulated schedule is hereby approved and so ordered.

12

13   Dated: September 25, 2020

14

15                                                     _____

16                                                     Troy L. Nunley
                                                     United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING