JONZ NORINE, SBN 182220
KENNY & NORINE
1923 Court Street
Redding, CA 96001
Tel: (530) 244-7777   Fax: (530) 246-2836
Email: jnorine@lawnorcal.com

Attorney for Defendants
COUNTY OF TEHAMA,
SHERIFF DAVE HENCRATT,
ASSISTANT SHERIFF PHIL JOHNSTON, and
SHERIFF DEPUTY LESTER "BUCK" SQUIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CARDENAS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TEHAMA, et al.<br><br>Defendants. | CASE NO. 2:18-CV-03021-TLN-DMC<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS<br>TO FILE A RESPONSIVE PLEADING |

## STIPULATION

The parties, through their respective counsel of record, hereby agree and stipulate that defendants County of Tehama, Tehama County Sheriff Dave Hencratt, Assistant Sheriff Phil Johnston, and Sheriff Deputy Lester "Buck" Squier (collectively defendants) shall have 60 days from entry of the Order based on this stipulation to respond to plaintiffs' First Amended Complaint.

IT IS SO STIPULATED.

Dated: February 7, 2022

                                             */s/ Ben Rosenfeld*
                                             BEN ROSENFELD
                                             Attorney for Plaintiffs
                                             FRANCISCO GUDINO CARDENAS and
                                             MARTA GUDINO LANDAVERDE

//

//

Dated: February 7, 2022

KENNY & NORINE

_/s/ Jonz Norine_
JONZ NORINE
Attorneys for Defendants
COUNTY OF TEHAMA,
SHERIFF DAVE HENCRATT,
ASSISTANT SHERIFF PHIL JOHNSTON and
SHERIFF DEPUTY LESTER "BUCK" SQUIER

## ORDER

Pursuant to the Stipulation of the parties recited above, the above stipulated 60-day extension from the date of this Order for defendants to respond to plaintiffs' First Amended Complaint is hereby approved and so ordered.

Dated: February 8, 2022

Troy L. Nunley
United States District Judge