UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANCISCO GUDINO CARDENAS and MARTA GUDINO LANDAVERDE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF TEHAMA, *et al.*,<br><br>Defendants. | Case No. 2:18-CV-03021-TLN-DMC<br><br>ORDER OF DISMISSAL |

Pursuant to Plaintiffs' Notice of Voluntary Dismissal filed on July 12, 2022, the Court hereby dismisses this case and all of plaintiffs' causes of action and claims therein.

All future dates and deadlines in this case are vacated.

IT IS SO ORDERED:

DATED: July 12, 2022

_____
Troy L. Nunley
United States District Judge